ORIGINAL

FILED

02/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0052

Dennis William Blackwell
**Inmate Name**

2039509
**Inmate ID or AO#**

Montana State Prison
**Facility of Incarceration**

900 Conley Lake Rd.
**Address of Facility**

Deer Lodge     Mt.     59722
**City**        **State**       **Zip**

FILED

JAN 20 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA

No. **OP 23-0052**
*[The Clerk of Court will assign a number]*

Dennis William Blackwell,
**NAME**

**PETITIONER,**

v.

Jim Salmonson,
**NAME OF WARDEN/FACILITY ADMINISTRATOR,**

**RESPONDENT.**

**Petition for Writ of Habeas Corpus**

I, Dennis William Blackwell, am representing myself, and I
*[Name of Inmate]*
believe that I am entitled to a Writ of Habeas Corpus under § 46-22-101, MCA, for one

or more of the following reasons:

*[Check the applicable box]:*

☐ The Department of Corrections has incorrectly calculated my sentence which
illegally extends my parole eligibility or discharge date.

☐ The Parole Board should have granted me a parole AND the Board violated my
Due Process rights in denying me a parole.

☐ I am entitled to more credit for jail time served than I received.

PRO SE PETITION FOR HABEAS CORPUS & Form 5(1)
Montana Supreme Court (Rev. April 2021)

X My sentence is illegal because:

☐ I was sentenced after April 28, 1999, and I received a sentence of more than 5 years to the Department of Corrections, none of which was suspended.

☐ My sentence violates my right to be free from double jeopardy.

☐ The length of my sentence is longer than the law allows.

☐ I am entitled to good time that is not credited against my sentence.

☐ I am being held in jail and I believe my bail is excessive.

☐ Other reason incarceration is illegal.

Describe in detail why you are entitled to habeas corpus relief. Be specific. If possible, provide citations to legal authority. Attach any documents that help you explain why the Court should grant your petition. A copy of any judgments, orders or other documents that support your argument must be provided.

On Case DC-01998 PFMA My Public Defender Name Unknown Told Me to Thros Away My Speedy Trail Rights N Plead Not guilty Which Is Illegal And I'm On Camera With That testimony Russell faugg Was My Sudge Back In 1998 It's Been 24 Year's Now Since Yellowstone County Threatened Me To St In Jail 8-9-10 Year's If I Wouldn't Sign There Plea Agreement for 5 years Cuz I threw My Speedy Trail Rights Away Which I Dennis Blackwell Have also Had Lawyer's flat Lawyer's Look Up Every One of My Cases And Mention To Me all My Cases were Illegally Processed

And Was for Cases DC-171446 And DC-19-12 I Was On A Misdemeanor charge for 17 1/2 Months for Axadential Sharing of Bodily fluids for Supposively Spitting On A Nurse at the Billings Clinic E

p. 2 of 5

When I didn't Spit On Her Prior to the charge. The Same female Nurse 8-9 Months Earlier to the charge Date The female Nurse gave Me A Shot In My I.V. Line That Should of Killed Me at Billing Clinic E.R. Now Cuz I Wouldn't Plead Guilty to the charge -N- Spend 465 days In Jail Which Is illegal On A Misdeameanor charge They Set Me Up By Making Me Sit In Yellowstone County after I Bailed Out N set me up Till I got felony charges for A Meth pipe N Being Late to A prerelease Center I did A Asked Them Not to Send Me to So while In Deer Lodge Awaiting My hearing for Charge Number DC-19-12 The Prosecuting Attorney Threatened Me To take 3 Years or else hed Make Sure I got 8 to 9 Times As Much So He threatened Me As Im Sure You Can See On Your Computer's So truthfully I'd Like To Ask This all be Over Turned And Erased off My Record N forgive me I Am A Mental Health Clinic If I Did Any of this Wrong

Thank You

Sincerly Dennis William Backe
A.O. 2039509

PRO SE PETITION FOR HABEAS CORPUS & Form 5(1)
Montana Supreme Court (Rev. April 2021)

As relief, I request the following:

☐ my immediate release from prison.

☐ reduction of my sentence or that this Court remand this cause to the district court directing the court to resentence me to a lesser sentence.

☐ that the Department of Corrections recalculate my sentence as this Court directs.

☒ Other relief. Explain:
Dismiss My Cases N Have the paper Work Shredded

## VERIFICATION

STATE OF MONTANA      )
                      : ss.
County of _Yellowstone, Deer lodge_ )

I believe I am being incarcerated illegally. I certify that the contents of this petition are true and accurate to the best of my knowledge.

DATED this _12_ day of _January 2023_ , _____ .

_Den William Blackwell_
Inmate Signature

_Dennis William Blackwell_
Printed Name

PRO SE PETITION FOR HABEAS CORPUS & Form 5(1)
Montana Supreme Court (Rev. April 2021)

# ACKNOWLEDGMENT CERTIFICATE

State of _Montana_

County of _Ravalli_

On _January 17_, 20 _23_, _Dennis William Blackwell_ personally appeared

before me,

_____ who is personally known to me

__✓__ whose identity I proved on the basis of _MT Identification Card_

_____ whose identity I proved on the oath/affirmation of

_____, a credible witness

to be the signer of the above instrument, and he/she acknowledged that he/she signed it.

_____
Notary Public

MARITES BJORGEN
NOTARY PUBLIC for the
State of Montana
Residing at Stevensville, Montana
My Commission Expires
February 14, 2023
SEAL

# CERTIFICATE OF MAILING (SERVICE)

I hereby certify that on _January 12_, 20 _23_, I have mailed the Petition for a Writ of Habeas Corpus, as noted by a check mark (√), to the following attorney by placing a copy in the United States Mail, postage prepaid:

☐ State of Montana                    (*see INSTRUCTIONS #9*)

Office of the Attorney General

P. O. Box 201401

Helena, MT 59620-1401

*or*

☐ _____ County Attorney    (*see INSTRUCTIONS #9*)
   *[Write name of County]*

_____

_____

_____

_Dennis W Blackwell_
*[Signature]*

_Dennis William Blackwell_
*[Print name]*

p. 5 of 5